■ In the Matter of WILLIAM S. and Others, Infants. LEE S. et al., Appellants; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [648 NYS2d 377] —Order unanimously af-

firmed without costs. Memorandum: The evidence is sufficient to support Family Court's determination that respondents violated the terms of the order of protection by inflicting excessive corporal punishment on their son Lucas (*see,* Family Ct Act § 1072). The conflicting testimony at the hearing presented an issue of credibility for the court to resolve, and we find no reason to disturb the court's determination (*see, Matter of Carine T.,* 183 AD2d 902, 902-903, *lv denied* 80 NY2d 757). (Appeal from Order of Onondaga County Family Court, Paris, J.— Order of Protection.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.